# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2015

Robert P. Young, Jr.,
Chief Justice

150364(95)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

HELEN YONO,
      Plaintiff-Appellee,

SC: 150364

v

COA: 308968

Ct of Claims: 11-000117-MD

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Michigan County Road Commission Self-Insurance Pool and the County Road Association of Michigan to participate as amici curiae is GRANTED. The amicus brief submitted on April 8, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2015

